IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                             )<br>            Plaintiff,    )<br>                             )<br>        vs.                  )<br>                             )<br>MARTIN SANTIAGO-ROBLES,      )<br>BEATRIZ LOPEZ-MARISCAL,      )<br>JORGE LUIS LOPEZ-JAUREGUI,   )<br>JOSE ROSARIO LOPEZ-SANTIAGO, )<br>                             )<br>            Defendants.      )  | 8:11CR125<br><br>ORDER |

This matter is before the court on the government's motion to continue trial [19] due to a key witness being out of the country. Good cause being shown, the motion will be granted and the jury trial will be continued.

**IT IS ORDERED** that the motion to continue trial is granted, as follows:

1. The jury trial now set for August 30, 2011 is continued to **September 27, 2011.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **August 30, 2011 and September 27, 2011**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED August 8, 2011.**

                                BY THE COURT:

                                s/ F.A. Gossett
                                **United States Magistrate Judge**