## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | **CASE NO. 8:11CR125** |
| ) | |
| **Plaintiff,** ) | |
| ) | **JUDGMENT** |
| **vs.** ) | |
| ) | |
| **MARTIN SANTIAGO ROBLES,** ) | |
| ) | |
| **Defendant.** ) | |

For the reasons stated in the Court's Memorandum and Order of this date, IT IS ORDERED:

1. The Court has completed the initial review of Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, ECF No. 169;

2. Upon initial review, the Court summarily dismisses Defendant's claims raised in the § 2255 motion; and

3. The Clerk is directed to mail a copy of this Judgment to the Defendant at his last known address.

DATED this 18th day of July, 2017.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge